```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 03604
   JOSE R ZAPATA
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9399

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/18/2008 and was not confirmed.

     The case was dismissed without confirmation 05/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------

OVERLAND BOND & INVESTME   SECURED NOT I     4695.33              .00           .00
WASHINGTON MUTUAL          UNSECURED        NOT FILED             .00           .00
CAPITAL ONE                UNSECURED        NOT FILED             .00           .00
US CELLULAR CHICAGO        UNSECURED        NOT FILED             .00           .00
US CELLULAR CHICAGO        UNSECURED        NOT FILED             .00           .00
FIRST PREIMER BANK         UNSECURED        NOT FILED             .00           .00
FIRST PREIMER BANK         UNSECURED        NOT FILED             .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1608.66              .00           .00
THE HOME DEPOT/CBUSA       UNSECURED        NOT FILED             .00           .00
GE CAPITAL SAMS CLUB       UNSECURED        NOT FILED             .00           .00
NICOR GAS                  UNSECURED        NOT FILED             .00           .00
ECAST SETTLEMENT CORP      UNSECURED         5411.95              .00           .00
NTB/CBSD                   UNSECURED        NOT FILED             .00           .00
WASHINGTON MUTUAL/PROVID   UNSECURED        NOT FILED             .00           .00
OVERLAND BOND & INVESTME   UNSECURED        NOT FILED             .00           .00
AMERICAN HOME MTG SRV      CURRENT MORTG         .00              .00           .00
AMERICAN HOME MTG SRV      MORTGAGE ARRE    20000.00              .00           .00
COUNTRYWIDE HOME LOANS I   CURRENT MORTG         .00              .00           .00
COUNTRYWIDE HOME LOANS I   MORTGAGE ARRE     8000.00              .00           .00
ILLINOIS DEPT OF REVENUE   UNSECURED           68.40              .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY           399.69              .00           .00
RIVER NORTH GROUP          DEBTOR ATTY      1,500.00                            .00
TOM VAUGHN                 TRUSTEE                                              .00
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 03604 JOSE R ZAPATA
```

```
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                           .00
                                 ---------------    ---------------
TOTALS                                       .00                .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 08/26/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE